UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 1:17-cv-02790-RLY-DML |
| DEPAUW UNIVERSITY, JANE ROE, ALAN HILL, JULIANN SMITH, | ) ) ) ) ) | |
| Defendants. | ) | |

Courtroom Minutes for August 23, 2017

Before the Hon. Richard L. Young, Judge

Comes now the Plaintiff, in person and by Gregory Bowes and Bridget Farren. The DePauw defendants appear by Michael Rabinowitch and Elizabeth Schmitt and Defendant Roe by Joel Stein for the hearing on Motion for Temporary Restraining Order filed by Plaintiff.

Plaintiff's Motion for Permission to Proceed Under a Pseudonym is GRANTED.

The court hears argument from the counsel and witness testimony and the Motion for Temporary Restraining Order/Preliminary Injunction is TAKEN UNDER ADVISMENT.

Any Findings of Fact and Conclusions of Law shall be filed no later than noon on Friday, August 25, 2017.

Distributed Electronically to Registered Counsel of Record